**Order entered December 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01125-CR

**COLLIN ROBERT ZACNY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80408-15**

## ORDER

The Court **DENIES** appellant's December 7, 2015 motion to order the court reporter to transcribe the audio and video exhibits admitted into evidence.

We **ORDER** court reporter Denise Carrillo to file, within **TEN DAYS** of the date of this order, copies of the audio and video exhibits and a copy of the reporter's record with the Collin County District Clerk. *See* TEX. R. APP. P. 34.6(h).

We **ORDER** the Collin County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Collin County District Clerk's Office; Denise Carrillo, Deputy Official Court Reporter; and to counsel for all parties.

/s/     LANA MYERS
            JUSTICE